RANDALL SCOTT CASH J56416
SAN QUENTIN PRISON
SAN QUENTIN, CA 94974
IN PRO PER

FILED
JAN 14 2008
UNITED STATES DISTRICT COURT
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 08 0168 (PR)

No.

IN RE

RANDALL SCOTT CASH
PETITIONER
ON HABEAS CORPUS
VS. ROBERT AYERS WARDEN SQSP
JAHANGIR SADEGHI
RESPONDENT

REQUEST FOR APPOINTMENT OF COUNSEL AND DECLARATION OF INABILITY TO REPRESENT MYSELF AND PREPARE MY CASE

I, RANDALL SCOTT CASH, DECLARE THAT I AM A PETIONER TO THE ABOVE REFERENCED MATTER, THAT I AM INCARCERATED AT SAN QUENTIN PRISON AND THAT I AM UNABLE TO RESEARCH CASE LAW TO PREPARE MY CASE OR AM I ABLE TO GET ACCESS TO A COPY MACHINE TO MAKE NECESSARY COPIES TO PREPARE AND FILE DOCUMENTS BECAUSE THERE IS NO LAW LIBRARY AT SAN QUENTIN DUE TO CONSTRUCTION.

I, AS WELL AM LEGALLY BLIND AND NEED HELP READING REFERENCE MATERIAL.

I HEREBY REQUEST THAT COUNSEL BE APPOINTED IN THIS MATTER SO THAT MY INTERESTS MAY BE PROTECTED BY THE PROFESSIONAL ASSISTANCE REQUIRED. IN ADDITION, WHEN A COURT ISSUES AN ORDER TO SHOW CAUSE, COUNSEL MUST BE APPOINTED FOR AN INDIGENT PETITIONER WHO REQUESTS COUNSEL, CALIFORNIA RULES OF COURT 4.551(c)(2).

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON November 23, 2007    Randall Scott Cash

PETITION FOR WRIT OF HABEAS CORPUS