RANDALL SCOTT CASH H53900
SAN QUENTIN PRISON
SAN QUENTIN, CA 94974

IN PRO PER

**FILED**
JAN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. CV 08 0168

IN RE
RANDALL SCOTT CASH
PETITIONER
ON HABEAS CORPUS
VS. ROBERT AYERS WARDEN SQSP
JAHANGIR SADEGHI
RESPONDENT

REQUEST FOR APPOINTMENT OF COUNSEL AND DECLARATION OF INDIGENCY

3/SM

I, RANDALL SCOTT CASH, DECLARE THAT I AM A PETITIONER TO THE ABOVE-REFERENCED MATTER, THAT I AM INCARCERATED AT SAN QUENTIN PRISON AND THAT I AM INDIGENT AND UNABLE TO PAY FOR COUNSEL. MY TOTAL ASSETS ARE $ 0 AND MY INCOME IS $ 0 PER MONTH.

I HEREBY REQUEST THAT COUNSEL BE APPOINTED IN THIS MATTER SO THAT MY INTERESTS MAY BE PROTECTED BY THE PROFESSIONAL ASSISTANCE REQUIRED. IN ADDITION, WHEN A COURT ISSUES AN ORDER TO SHOW CAUSE, COUNSEL MUST BE APPOINTED FOR AN INDIGENT PETITIONER WHO REQUESTS COUNSEL. CALIFORNIA RULES OF COURT, RULE 4.551(c)(2).

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON November 20, 2007

Randall Scott Cash

PETITION FOR WRIT OF HABEAS CORPUS