RANDALL SCOTT CASH H53400
SAN QUENTIN PRISON
SAN QUENTIN, CA. 94974

IN PRO PER

FILED
JAN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 08 0168

IN RE
RANDALL SCOTT CASH
PETITIONER
ON HABEAS CORPUS
VS. ROBERT AYERS, WARDEN SQSP
JAHANGIR SADEGHI
RESPONDENT

DECLARATION OF PRAYER
FOR RELIEF



I, RANDALL SCOTT CASH, DECLARE THAT I AM A PETITIONER TO THE ABOVE REFERENCED MATTER, THAT I AM INCARCERATED AT SAN QUENTIN PRISON AND DO HEREBY DECLARE THE FOLLOWING AS MY PRAYER FOR RELIEF

1. I ASK THE COURT, UPON REVIEW OF ALL STATEMENTS AND EXHIBITS TO GRANT ME INJUNCTIVE RELIEF IN REMOVING DOCTOR JAHANGIR SADEGHI, THE RESPONDENT IN THIS MATTER, FROM THE MEDICAL COMMUNITY.

2. I AS WELL WOULD ASK THE COURT TO APPOINT COUNSEL TO PROTECT MY INTERESTS WITH THE PROFESSIONAL ASSISTANCE REQUIRED TO PURSUE MY CASE. I HAVE NO LEGAL TRAINING TO DO THIS MYSELF NOR DO I HAVE ACCESS TO A LAW LIBRARY DUE TO CONSTRUCTION OF A NEW LAW LIBRARY HERE AT SAN QUENTIN.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON November 23, 2007

Randall Scott Cash

PETITION FOR WRIT OF HABEAS CORPUS