RANDALL SCOTT CASH H53400
SAN QUENTIN
SAN QUENTIN, CA. 94974

Case 5:08-cv-00168-JF    Document 6    Filed 01/11/2008    Page 1 of 1

FILED
JAN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

(PR)
JF

IN PROPER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. CV 08 0168

IN RE

RANDALL SCOTT CASH
    PETITIONER
ON HABEAS CORPUS
    VS. ROBERT AYERS WARDEN SQSP
JAHANGIR SADEGHI
    RESPONDENT

DECLARATION OF TYPOGRAPHICAL ERROR IN ORIGINAL SUPPORTING DOCUMENT

I, RANDALL SCOTT CASH, DECLARE THAT I AM A PETITIONER TO THE ABOVE REFERENCED MATTER, THAT I AM INCARCERATED AT SAN QUENTIN PRISON AND DO HEREBY DECLARE THE FOLLOWING:

IN SUPPORTING DOCUMENT EXHIBIT A - PAGE 2 OF 2 A. FINDINGS - IN THE TEXT IT IS STATED "DR. SADEGHI DROPPED A GUIDE RING INTO APPELLANTS' EYE THIS SHOULD BE REVISED HERE AND ELSEWHERE IN THIS EXHIBIT A, WHERE A GUIDE RING IS REFERRED TO, TO BE DEBRIS, AS A PIECE OF CORTEX. AS IN EXHIBIT E, PAGE 1 OF 2, DESCRIPTION OF PROCEDURE PARAGRAPH 2, LINE 3 - STATES "A PIECE OF CORTEX FELL DOWN INTO THE VITREOUS."

THIS ERROR STEMS FROM A VERBAL CONVERSATION ON AUGUST 31, 2006 BETWEEN APPELLANT AND DR. SADEGHI WHEN THE WORD DEBRIS WAS MISTAKEN AS GUIDE RING. SO, AS STATED ABOVE, THE PIECE OF CORTEX THAT FELL DOWN INTO THE VITREOUS WAS DEBRIS, NOT A GUIDE RING.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON November 23, 2007

_Randall Scott Cash_

PETITION FOR WRIT OF HABEAS CORPUS