\*\*E-filed 1/24/08\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL SCOTT CASH, | No. C 08-0168 JF (PR) |
| Petitioner, | JUDGMENT |
| v. | |
| ROBERT AYERS, et al., | |
| Respondents. | |

The Court has dismissed the instant petition for a writ of habeas corpus without prejudice because Petitioner's challenges to the conditions of his confinement should be brought in a civil rights complaint pursuant to 42 U.S.C. § 1983. Accordingly, a judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: __1/24/08_____     _____
JEREMY FOGEL
United States District Judge

Judgment
P:\PRO-SE\SJ.Jf\HC.08\Cash168jud.wpd

1 | A copy of this order was mailed to the following:

3 | Randall Scott Cash
H-53400
San Quentin Prison
San Quentin, CA  94974

**United States District Court**
For the Northern District of California

Judgment
P:\PRO-SE\SJ.Jf\HC.08\Cash168jud.wpd          2