RANDALL SCOTT CASH H53400
SAN QUENTIN PRISON
SAN QUENTIN, CA.
94974

IN PRO PER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE

RANDALL SCOTT CASH
PETITIONER
ON HABEAS CORPUS
VS
ROBERT AYERS, WARDEN SAN QUENTIN PRISON
DR. JAHANGIR SADEGHI MD
RESPONDENT

No. CV 08 0168 JF (PR)

REQUEST FOR APPOINTMENT OF COUNSEL AND DECLARATION OF INABILITY TO REPRESENT MYSELF AND PREPARE MY CASE DUE TO PHYSICAL DISABILITY

I, RANDALL SCOTT CASH, DECLARE I AM A PETITIONER TO THE ABOVE REFERENCED MATTER. THAT I AM INCARCERATED AT SAN QUENTIN PRISON.

I FURTHER DECLARE THAT I AM LEGALLY BLIND, VISUALLY IMPAIRED TO THE POINT I CAN NOT READ REFERENCE MATERIALS, LAW BOOKS, CASE LAW, ETC. IT IS NEAR IMPOSSIBLE FOR ME TO WRITE IN A LEGIBLE MANNER. THIS VERY DECLARATION CAN ATTEST TO THAT.

EVEN WEARING PRESCRIPTION GLASSES AND MAGNIFYING GLASSES DOES NOT MAKE A DIFFERENCE IN ENABLING ME TO RESEARCH MY CASE.

THIS IMPAIRMENT IS THE VERY CAUSE OF THIS ACTION I AM TAKING AND I HEREBY REQUEST THAT COUNSEL BE APPOINTED IN THIS MATTER SO THAT MY INTERESTS MAY BE PROTECTED BY THE PROFESSIONAL ASSISTANCE REQUIRED.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON January 25, 2008

Randall Scott Cash

NORTH BAY CA
28 JAN 2008 PM 3 L

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

Randall Scott Cash
H53400 - 5A43
San Quentin Prison
San Quentin, Ca.
94974

CV08 0168 JF (PR)

Confidential
Mail

mailed - 1/27/08