**FILED**
JAN 30 2008

NOR... ...COURT
...CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RANDALL SCOTT CASH Plaintiff,

vs. ON HABEAS CORPUS
ROBERT AYERS, WARDEN SAN QUENTIN
DR. JAHANGIR SADEGHI
Defendant.

CASE NO. CV 08 0168 JF (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, RANDALL SCOTT CASH, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  prisoner - McNab Printing, Newark Ca. August 1985
5
6
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                Yes ___  No ✓
10           self employment
11      b.   Income from stocks, bonds,             Yes ___  No ✓
12           or royalties?
13      c.   Rent payments?                         Yes ___  No ✓
14      d.   Pensions, annuities, or                Yes ___  No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments,     Yes ___  No ✓
17           Social Security or other govern-
18           ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.   Are you married?                            Yes ___  No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

1      b.      List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.  Do you own or are you buying a home?            Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?                        Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

_____

8.  What are your monthly expenses?  N/A

Rent: $ _____                    Utilities: _____

Food: $ _____                    Clothing: _____

Charge Accounts:  N/A

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed. Cash, plaintiff vs. Sadeghi defendant 1983 complaint US District Court Northern California - San Jose CV 07 6252 JF (PR) in forma pauperis granted 12-19-07

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

1/14/08
DATE

/s/ Randall Scott Cash
SIGNATURE OF APPLICANT

Case Number: <u>CV08 0168 JF (PR)</u>

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Randall Scott Cash H53400</u> for the last six months
[prisoner name]
<u>San Quentin Prison</u> where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _____.

Dated: _____       _____
                              [authorized officer of the institution]

```
REPORT ID: TS3030  .701                                    REPORT DATE: 12/31/07
                                                           PAGE NO:           1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                              SAN QUENTIN PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: OCT. 01, 2007 THRU DEC. 31, 2007

ACCOUNT NUMBER : H53400                    BED/CELL NUMBER: A 5 00000000043U
ACCOUNT NAME   : CASH, RANDALL SCOTT            ACCOUNT TYPE: I
PRIVILEGE GROUP: U
                                  TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION    COMMENT       CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

10/01/2007    BEGINNING BALANCE                                                  188.35

10/09  FC01  DRAW-FAC 1    MAIN1                                     90.00        98.35
11/07  FC01  DRAW-FAC 1    1843M1ST                                  90.00         8.35
12/10  FC01  DRAW-FAC 1    2293/M1ST                                  8.35         0.00

                                  TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL        TOTAL         CURRENT       HOLDS        TRANSACTIONS
 BALANCE       DEPOSITS   WITHDRAWALS      BALANCE      BALANCE       TO BE POSTED

  188.35         0.00        188.35          0.00        0.00             0.00

                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE

                                                                0.00
```